1  Vanessa R. Waldref
   United States Attorney
2  Eastern District of Washington
   Lisa C. Cartier-Giroux
3  Assistant United States Attorneys
   Post Office Box 1494
4  Spokane, WA 99210-1494
   Telephone: (509) 353-2767
5

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 0 2 2024

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

   UNITED STATES DISTRICT COURT
6  FOR THE EASTERN DISTRICT OF WASHINGTON

7  UNITED STATES OF AMERICA,

8              Plaintiff,              INDICTMENT  2:24-CR-128-TOR-1

9       v.                            18 U.S.C. §§ 922(o), 924(a)(2)
                                       Illegal Possession of a Machine Gun
10 ABRAHAM AGUILAR-LEON,
                                       18 U.S.C. § 924(d)(1), 28 U.S.C.
11             Defendant.              § 2461(c)
                                       Forfeiture Allegations
12

13     The Grand Jury charges:

14     On or about July 14, 2024, in the Eastern District of Washington, the

15 Defendant, ABRAHAM AGUILAR-LEON, did knowingly possess a machinegun,

16 that is, a machine gun conversion device which is designed and intended solely and

17 exclusively for use in converting a weapon into a machine gun, as defined by 26

18 U.S.C. § 5845(b), all in violation of 18 U.S.C. §§ 922(o), 924(a)(2).

19           NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

20     The allegations set forth in this Indictment are hereby realleged and

21 incorporated by reference for the purpose of alleging forfeitures.

   INDICTMENT – 1

1          Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction

2    of an offense in violation of 18 U.S.C. §§ 922(o), 924(a)(2), as set forth in this

3    Indictment, the Defendant, ABRAHAM AGUILAR-LEON, shall forfeit to the

4    United States any firearms and ammunition involved or used in the commission of

5    the offense.

6          DATED this __2__ day of October 2024.

7                        A TRUE BILL

8

9

10   *Vanessa Waldref*

11   Vanessa R. Waldref
     United States Attorney

12

13   _____

14   Lisa C. Cartier-Giroux
     Assistant United States Attorney

15

16

17

18

19

20

21

INDICTMENT – 2