# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. ABRAHAM AGUILAR-LEON, Defendants. | Case No. 2:24-CR-0128-TOR-1<br>CRIMINAL MINUTES<br>DATE: 3/13/2025<br>LOCATION: Spokane<br>CHANGE OF PLEA |

**JUDGE THOMAS O. RICE**

| Courtney Piazza | | Allison Anderson |
|---|---|---|
| **Courtroom Deputy** | **Law Clerk** / **Interpreter** | **Court Reporter** |
| Lisa Cartier-Giroux | | Steve Roberts |
| **Government Counsel** | | **Defense Counsel** |

[ X ] Open Court         [ ] Probation:

Defendant is present in custody of the US Marshal and assisted by counsel.

A signed, original Plea Agreement was provided to the Court.

Oath administered to Defendant for change of plea. Defendant confirmed his true and correct name.

The Court advised the Defendant of rights given up by entering a guilty plea including the right to a jury trial. The Court confirmed Defendant's understanding of the elements and facts depicted in the Plea Agreement, which would need to be proven to obtain a conviction. The Court advised the Defendant that he will be giving up certain rights to appeal.

Defendant pleaded guilty to the Indictment and the Court accepted his plea. The Court finds the Defendant fully competent and aware of the charges against him; and that he knowingly and voluntarily entered into the Plea Agreement.

The Court ordered a presentence report, reserved ruling on the binding nature of the parties' Plea Agreement and set sentencing for **6/12/2025 at 2:00 p.m.**

Defendant is remanded to the custody of the US Marshal pending sentencing.

| CONVENED: 1:24 PM | ADJOURNED: 1:34 PM | TIME: 10 MINS | [ X ] ORDER FORTHCOMING |
|---|---|---|---|