# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>ABRAHAM AGUILAR-LEON,<br><br>　　　　　　　Defendant. | Case No.　2:24-CR-0128-TOR-1<br><br>CRIMINAL MINUTES<br><br>DATE:　6/12/2025<br><br>LOCATION:　Spokane<br><br>SENTENCING HEARING |

**JUDGE THOMAS O. RICE**

| Courtney Piazza | N/A | | Allison Anderson |
|---|---|---|---|
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Lisa Cartier-Giroux | | Steve Roberts | |
| **Government Counsel** | | **Defense Counsel** | |

[ X ] Open Court　　　　　　　　　　　　　　[ X ] US Probation Officer: Shane Moore

Defendant is present, in custody of the US Marshal, and assisted by counsel.

Lisa Cartier-Giroux presented the government's sentencing recommendation.

Steve Roberts confirmed review of the PSIR with Defendant and advised there are no pending objections to the PSIR and did request leave to amend the PSIR re: state court cases. Request is granted. Mr. Roberts presentenced sentencing recommendations on behalf of the Defendant.

The Defendant addressed the Court.

The Court adopted the Presentence Report, the parties' Plea Agreement, and calculated the advisory guideline range.

The Court addressed the Defendant and pronounced sentence as to count 1:

| | |
|---|---|
| **Incarceration:** | 30 months |
| **Supervised Release:** | 3 years |
| **Probation:** | N/A |
| **Fine:** | Waived |
| **Special Penalty Assessment**: | $100.00 |
| **Restitution:** | None |
| **BOP Recommendations** | FCI Sheridan & RDAP |

Page 2        USA v. Aguilar-Leon   2:24-CR-00128-TOR-1        Sentencing Hearing

Appeal rights waived in the Plea Agreement.

| CONVENED: 1:59 PM | ADJOURNED: 2:17 PM | TIME: HR/ 18 MINS | ORDER/JNC FORTHCOMING [ X ] |